

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CEDRIC D. SPEARS | DOCKET NO. 06-CV-1214 |
| VERSUS | JUDGE DRELL |
| WARDEN YELVERTON, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED**, sua sponte, under 28 U.S.C. §1915(e)(2)(B)(i) and (ii) as frivolous and failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of November, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE